UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
# DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

Lisa Rosenthal, Chief Deputy

Reply to Northern Division Address

February 17, 2010

Phillip R. Kete
300 E. Lombard Street
Suite 840
Baltimore, MD 21202

  Re: Case No. JFM-08-2665
    Barbara M. Murchison v. Michael J. Astrue

Dear Counsel/Party:

  Your Notice of Appeal was received in paper format on 2/16/2010.

☐ The document should have been filed electronically. It has been scanned and filed electronically by court staff.

☒ The document should have been filed electronically. It has been scanned and filed electronically by court staff. The original document is being returned to you. It is your responsibility to maintain the original until the expiration of any appeals or the time for taking an appeal. The original must be made available for inspection upon the request of any other party or the court.

☐ You did not include a PDF version of the document on a diskette or CD. The document has been scanned and filed electronically by court staff.

☐ When filing a notice of removal <u>each</u> state court document must be scanned individually into separate PDF documents. Your documents were scanned into a single PDF. Court staff have re-scanned them so that they could be electronically filed.

All further filings in this case <u>must</u> be made in accordance with the policies and procedures of this Court on electronic filing. Those policies and procedures are available on the Court's web site: <u>www.mdd.uscourts.gov.</u>

  If you are not a registered CM/ECF user, you should immediately register. Registration is available on-line on the Court's web site.

  Please be advised that any future filings which are not made electronically may be returned to you.

               Very truly yours,

               <u>Stephanie L. Savoy</u>
               for
               Felicia C. Cannon, Clerk

cc: Other counsel/party

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**

Warning letter (Rev. 6/14/2005)



Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**