UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

May 6, 2011

MEMO TO COUNSEL RE: Barbara Murchison v. Michael Astrue
Civil No. JFM-08-2665

Dear Counsel:

      I have reviewed the memoranda submitted in connection with plaintiff's motion for relief from judgment.

      I have concluded that for me either to enter an order under Fed. R. Civ. P. 60(b)(5) or to issue a memorandum indicating that I would be inclined to enter such an order in the event of a remand would further confuse what is already a confusing situation. If plaintiff believes that things that have occurred while this case has been on appeal need to be further addressed, it should request supplemental briefing (and perhaps a supplemental oral argument) in the Fourth Circuit.

      Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

      Very truly yours,

      /s/

      J. Frederick Motz
      United States District Judge